Rel: July 11, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2024-0535

James McConico, Jr., and Michele Miree v. Tommy McFarland and Judge Michael Streety (Appeal from Jefferson Circuit Court: CV-24-63).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Sellers, Cook, and Lewis, JJ., concur.